1   KENNETH H. WINE(#142385)
    Hallinan & Wine
2   345 Franklin Street
    San Francisco, CA  94102
3   Telephone:  (415) 621-2400
    Facsimile: (415) 575-9930
4   email: kenwine@hotmail.com

5   Counsel for KEVIN SELTENRICH

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,              )   CR-15-393 VC
11                                         )
                        Plaintiff,         )   STIPULATION FOR ORDER TO
12                                         )   EXTEND DATES FOR PRETRIAL
                                           )   MOTION FILINGS
        v.                                 )
13                                         )   [PROPOSED] ORDER THEREON
    KEVIN SELTENRICH,                      )
14                                         )
                        Defendants.        )
15   _____)

16

17

18       The parties stipulate as follows:

19       1.      The parties initial motions in limine are due on November 28, 2016.  Mr. Seltenrich

20   has filed a motion to represent himself *pro se*, which will be heard on November 29, 2016.  In order not

21   to prejudice the defendant's trial strategy in the event the Court grants the motion, the parties request that

22   the Court take the current pretrial filings date of November 28, 2016 off calender, to be reset at the

23   hearing on November 29, 2016.

24

    DATED: November 23, 2016              /s/ Kenneth Wine
25                                         Kenneth H. Wine, Esq.
                                           Attorney for Defendant
26                                         KEVIN SELTENRICH

STIP/ORDER TO RESET FILING DATES

1    DATED: November 23, 2016                    /s/ Lloyd Farnham
                                                 Lloyd Farnham, AUSA
2                                                Attorney for Plaintiff
                                                 UNITED STATES
3

4

5                                   **ORDER**

6            It is hereby ordered that the current initial pretrial filing date of November 28, 2016 is

7    vacated.  The Court will set new pretrial filing dates pending its decision on Defendant's Motion to

8    Represent himself *pro se,* which will be heard on November 29, 2016.

9

10   DATED: November  23 , 2016              _____
                                            HON. VINCE CHHABRIA
11                                          U.S. DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER TO RESET FILING DATES                2