UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     v.<br><br>KEVIN A. SELTENRICH,<br><br>            Defendant. | Case No. 15-cr-00393-VC-1<br><br>**ORDER RE PENDING MOTIONS**<br><br>Re: Dkt. Nos. 71, 76, 77, 87 |

      The pending motions are suitable for resolution without oral argument. The hearing currently set for May 12 is therefore vacated. *See* Civil L.R. 7-1(b); Crim. L.R. 2-1.

      Seltenrich's request for discovery is denied for failure to make the requisite showing of materiality. *See* Fed. R. Crim. P. 16(a)(1)(E); Dkt. No. 76.

      Seltenrich's motion to exclude evidence will be addressed at the pretrial conference. *See* Dkt. No. 77. However, the Court is tentatively of the view that the motion should be denied.

      Seltenrich's request to add a document to the record is granted. *See* Dkt. No. 71. Whether this document is admissible at trial can be discussed at the pretrial conference if necessary.

      If Seltenrich intends to file a response to the government's application for a subpoena, he must do so within 7 days of this Order.

      **IT IS SO ORDERED.**

Dated: May 12, 2017

_____
VINCE CHHABRIA
United States District Judge